

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00043-CR

VICTOR JAMAINE WILLIAMS, Appellant

V.

STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 41,702-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Victor Jamaine Williams, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Williams and his counsel in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.

Jack Carter
Justice

Date Submitted:      April 30, 2013
Date Decided:        May 1, 2013

Do Not Publish